# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3601
L.T. Case No. 35-2024-SC-002717

_____

LAURIE ZIMMER,

Appellant,

v.

RONDA BREWER,

Appellee.

_____

On appeal from the County Court for Lake County.
Chad J. Monty, Judge.

Laurie Zimmer, The Villages, pro se.

No Appearance for Appellee.

March 17, 2026

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EDWARDS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____